IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>  v.<br><br>RYAN D'ERRICO,<br><br>    Defendant-Appellant. | 1:11-CR-0069 AWI<br><br>ORDER ON APPELLANT'S REQUEST FOR ADDITIONAL TIME<br><br>(Doc. No. 3) |

  Appellant has indicated that he wishes to appeal a Magistrate Judge's finding of guilt for operating a motor vehicle on the Pacific Crest Trail.  On February 14, 2011, the clerk mailed Appellant a briefing schedule.  On May 2, 2011, the Court received a note from Appellant.  Appellant indicates that he did not receive the initial February 14, 2011, briefing schedule.  Appellant states that the clerk re-issued the briefing schedule and informed him that he needed to request an extension of any missed deadlines.[1]  In light of the representation that Appellant did not receive the initial briefing schedule, the Court will alter the briefing schedule.

  Accordingly, IT IS HEREBY ORDERED that the briefing schedule issued by the clerk is AMENDED in that all time limitations set in the initial briefing schedule shall begin to run from the service of this order.[2]

IT IS SO ORDERED.

Dated: October 5, 2011

                 CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Appellant also indicates that he did receiving the re-issued briefing schedule.

[2] Appellant is referred to the local rules regarding time calculations, and specifically Local Rule 136.  Appellant is further warned that a document is not filed with the Court until it is actually received by the clerk's office.  See Local Rule 134(a).