IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1: 11-CR-0069 AWI |
| ) | |
| Plaintiff-Appellee, ) | ORDER GRANTING PLAINTIFF-APPELLEE'S MOTION TO DISMISS AND DISMISSING APPEAL |
| v. ) | |
| RYAN D'ERRICO, ) | |
| ) | |
| Defendant-Appellant. ) | |

    On February 1, 2011, Magistrate Judge Jennifer L. Thurston entered judgment against Ryan D'Errico on violation notice F4151409. On February 11, 2011, D'Errico filed this appeal. On February 14, 2011, the court issued its briefing schedule. Based on D'Errico's request, on October 5, 2011, the court granted D'Errico additional time in which to file his brief. D'Errico has not filed a brief, and the time in which D'Errico had been provided to file his brief has long passed.

    Rule 3(a)(2) of the Federal Rules of Appellate Procedure provides the court with the ability to take any act the court considers appropriate, including dismissing the an appeal, if an appellant fails to take any step other than the timely filing of a notice of appeal. In this appeal, D'Errico has failed to file any brief. As D'Errico has already been given additional time in which to file a brief, the court finds that dismissal of the appeal without prejudice is warranted.

Accordingly, the court ORDERS that:

1. This appeal is DISMISSED WITHOUT PREJUDICE and
2. The Clerk of the Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:   March 15, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

2